UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| KEITH EDWARD GARDINER, #383334,  ) <br> Plaintiff,  ) <br>  ) <br> -v-  ) <br>  ) <br> UNKNOWN BEDIENT, *et al.*,  ) <br> Defendants.  ) <br>  ) | No. 2:21-cv-167 <br><br> Honorable Paul L. Maloney |

## JUDGMENT

The Court has resolved all pending claims in this lawsuit.  As required by Rule 58 o the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   July 12, 2024                                                     /s/  Paul L. Maloney
                                                                                                    Paul L. Maloney
                                                                                                    United States District Judge